UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MINDEN PICTURES, INC.,

                Plaintiff,

-against-

UNIVISION COMMUNICATIONS, INC.,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

**22-CV-4381 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This matter has been referred for settlement. Dkt. No. 15. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference.

Parties must attend in-person with their counsel. Corporate parties must send the person with decision-making authority to settle the matter. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Willis's Individual Practices.

SO ORDERED.

DATED:    New York, New York
               August 5, 2022

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge